COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      John Joe Valencia v. The State of Texas

Appellate case number:    01-15-00442-CR

Trial court case number:  1397404

Trial court:              180th District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Appellant's request for a copy of the record is **denied** because appellant's appointed counsel (1) certified in her *Anders* brief that a copy of the record has already been provided to appellant and (2) certified that she subsequently received confirmation via return receipt that the record was received by appellant. If appellant informs this Court that a copy of the record was not received, then this Court may reconsider its denial.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
              ☑ Acting individually    ☐ Acting for the Court

Date: January 5, 2016